IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-03011-KMT

MELLISA UMPHENOUR, an individual, on her own behalf and on behalf of LH, her minor child,

    Plaintiffs,

v.

ROCKY MOUNTAIN PROPERTIES,

    Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

---

    Plaintiffs, by and through their undersigned counsel, give notice that this action is voluntarily dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully Submitted this 6th day of March, 2017.

s/ James R. Carr
James R. Carr
ADA Justice Advocates
4800 Baseline Road, Suite E104-289
Boulder, Colorado  80303
Telephone:  (303) 963-9840
E-mail: jcarr@adajustice.com